CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DENNIS WONG,

                Plaintiff,

     v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.

Case No. 3:25-cv-08770-LJC

**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER**

The parties apologize to the Court for their delay in submitting a response by February 6, 2025, due to the need for the parties to confer on the case status and reach agreement on the stipulation. The parties hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint. Defendant will file their response on or before March 9, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or April 17, 2026. In view of the agreed-upon extension for Defendant's response to the complaint, the

Stipulation to Extend
Case No. 3:25-cv-08770-LJC                        1

parties request that Defendant file their motion for summary judgment by May 18, 2026.

Dated: February 12, 2026                    Respectfully submitted[1],

                                            CRAIG H. MISSAKIAN
                                            United States Attorney


                                            /s/ Molly A. Friend
                                            MOLLY A. FRIEND
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Dated: February 12, 2026

                                            /s/ Dennis Wong
                                            DENNIS WONG
                                            Pro Se Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: February 13, 2026

                                            _____
                                            HON. LISA J. CISNEROS
                                            United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:25-cv-08770-LJC                  2