CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7177
   FAX: (415) 436-7234
   molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS WONG,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>                    Defendant. | Case No. 3:25-cv-08770-LJC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER** |

On February 13, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiffs' complaint, setting a due date for Defendant's response as March 9, 2026. *See* Dkt. 10. Plaintiff and Defendant now stipulate and respectfully request the Court to grant an additional extension of time for Defendant's response to Plaintiff's complaint and set a due date for April 28, 2026. The parties make this request because the agency needs an additional brief period of time to prepare their response. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file their motion for summary judgment by June 17, 2026.

Stipulation to Extend
Case No. 3:25-cv-08770-LJC                              1

Dated: March 3, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: March 3, 2026

*/s/ Dennis Wong*
DENNIS WONG
Pro Se Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 3, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:25-cv-08770-LJC                    2