CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JOHN J. KUCERA (CABN 274184)
First Assistant United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    john.kucera@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS WONG,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>                    Defendant. | Case No. 3:25-cv-08770-LJC<br><br>**STIPULATION TO STAY PROCEEDINGS;<br>ORDER** |

Plaintiff Dennis Wong ("plaintiff") and defendant United States Citizenship and Immigration Services ("defendant") apologize to the Court for submitting this stipulation one day after the filing due date of April 28, 2026. The delay was the result of the parties' need to confer on the case status and reach agreement on the stipulation set forth herein.

Plaintiff filed this action seeking an order directing defendant to correct the date of birth listed on plaintiff's Certificate of Naturalization. On March 3, 2026, the Court granted the parties' second stipulation to extend time for defendant's response to plaintiff's complaint, and currently the deadline for defendant's response is April 28, 2026. *See* Dkt. No. 12. Now, after having met and conferred, the

parties agree that it is both in the best interest of the parties and the administration of justice to stay these proceedings to allow defendant sufficient time to complete its review of plaintiff's requested correction and to set a deadline for the parties to file a joint status report no later than June 29, 2026.

In the status report, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.

Dated: April 29, 2026                          Respectfully submitted,[1]

                                               CRAIG H. MISSAKIAN
                                               United States Attorney


                                               /s/ John J. Kucera
                                               JOHN J. KUCERA
                                               First Assistant United States Attorney

                                               /s/ Molly A. Friend
                                               MOLLY A. FRIEND
                                               Assistant United States Attorney

                                               Attorneys for Defendant



Dated: April 29, 2026

                                               /s/ Dennis Wong
                                               DENNIS WONG
                                               Pro Se Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until June 29, 2026. The parties shall file a joint status report by June 29, 2026.


Date: April 30, 2026

                                               _____
                                               HON. LISA J. CISNEROS
                                               United States Magistrate Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION TO STAY PROCEEDINGS
Case No. 3:25-cv-08770-LJC                      2