CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JOHN J. KUCERA (CABN 274184)
First Assistant United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
john.kucera@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS WONG,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 3:25-cv-08770-LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding plaintiff Dennis Wong's Certificate of Naturalization. Following the parties' stipulated request to stay proceedings to allow defendant sufficient time to review plaintiff's request correct the date of birth listed on his certificate of naturalization, the Court stayed proceedings until June 29, 2026. *See* Dkt. No. 24. Defendant's review of plaintiff's request has been ongoing, but defendant needs additional time to complete this review. Accordingly, the parties stipulate that it is both in the best interest of the parties and the administration of justice to continue the stay of these proceedings to allow a complete review of plaintiff's requested correction, and the parties jointly request that the Court extend the stay of

proceedings and set a deadline for the parties to file a joint status report no later than August 28, 2026.

In the status report, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.

Dated: June 29, 2026                                      Respectfully submitted,[1]

                                                          CRAIG H. MISSAKIAN
                                                          United States Attorney


                                                           /s/ John J. Kucera
                                                          JOHN J.  KUCERA
                                                          First Assistant United States Attorney

                                                           /s/ Molly A. Friend
                                                          MOLLY A. FRIEND
                                                          Assistant United States Attorney

                                                          Attorneys for Defendant




Dated: June 29, 2026

                                                           /s/ Dennis Wong
                                                          DENNIS WONG
                                                          Pro Se Plaintiff


**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED that this case is stayed until August 28, 2026. The parties shall file a joint status report by August 28, 2026.


Date: June 30, 2026

                                                          _____
                                                          HON. LISA J. CISNEROS
                                                          United States Magistrate Judge



---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION TO STAY PROCEEDINGS
Case No. 3:25-cv-08770-LJC                          2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

DENNIS WONG
87 Middlefield Drive
San Francisco, CA 94132
dennistwong@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:    June 29, 2026

_____/s/ Lillian Do_____
Lillian Do
Paralegal Specialist

STIPULATION TO STAY PROCEEDINGS
Case No. 3:25-cv-08770-LJC                    3