CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JOHN J. KUCERA (CABN 274184)
First Assistant United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
john.kucera@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS WONG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:25-cv-08770-LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding plaintiff Dennis Wong's Certificate of Naturalization. Following the parties' stipulated request to stay proceedings to allow defendant additional time to review plaintiff's request to correct the date of birth listed on his certificate of naturalization, the Court stayed proceedings until August 28, 2026. *See* Dkt. No. 16. Defendant's review of plaintiff's request has been ongoing, but defendant needs additional time to complete this review. Accordingly, the parties stipulate that it is both in the best interest of the parties and the administration of justice to continue the stay of these proceedings to allow a complete review of plaintiff's requested correction, and the parties jointly request that the Court extend the stay of

proceedings and set a deadline for the parties to file a joint status report no later than October 27, 2026.

In the status report, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.

Dated: August 28, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John J. Kucera*
JOHN J. KUCERA
First Assistant United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

Attorneys for Defendant

Dated: August 28, 2026

*/s/ Dennis Wong*
DENNIS WONG
Pro Se Plaintiff

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED that this case is stayed until October 27, 2026. The parties shall file a joint status report by October 27, 2026.

Date: August 31, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.