CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JOHN J. KUCERA (CABN 274184)
First Assistant United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
john.kucera@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS WONG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:25-cv-08770-LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties apologize to the Court for the delay in submitting a status report by October 27, 2026, which delay was due to the need for the parties to confer on the case status and reach agreement on the stipulation.

The parties, through their attorneys, submit this joint status report regarding plaintiff Dennis Wong's Certificate of Naturalization. Following the parties' stipulated request to stay proceedings to allow defendant additional time to review plaintiff's request to correct the date of birth listed on his certificate of naturalization, the Court stayed proceedings until October 27, 2026. *See* Dkt. No. 18. Defendant's review of plaintiff's request remains ongoing, and defendant needs additional time to

complete this review. The parties have conferred and now jointly seek to continue the stay of proceedings to allow the agency additional time to review plaintiff's request.

Accordingly, the parties stipulate both that it is in the best interest of the parties and in the administration of justice to continue the stay of these proceedings to allow a complete review of plaintiff's requested correction, and the parties jointly request that the Court extend the stay of proceedings and set a deadline for the parties to file a joint status report no later than December 28, 2026.

In the status report, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.

Dated: October 28, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John J. Kucera*
JOHN J. KUCERA
First Assistant United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants

Dated: October 28, 2026

*/s/ Dennis Wong*
DENNIS WONG
Pro Se Plaintiff

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED that this case is stayed until December 28, 2026. The parties shall file a joint status report by December 28, 2026.

Date: October 29, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

DENNIS WONG
87 Middlefield Drive
San Francisco, CA 94132
dennistwong@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: October 28, 2026

*/s/ Lillian Do*
Lillian Do
Paralegal Specialist